Scott Rendelman,  #24628-037

United States Penitentiary

PO Box 1000

Marion IL 62959

November 30, 2020

Office of the Clerk

U.S. District Court

6500 Cherrywood Lane, Suite 200

Greenbelt MD 20770

DEC 0 7 2020

RE: United States v. Rendelman, #07-cr-0331-RWT

Dear Sirs:

Enclosed please find my 3582 Motion (commonly called a Compassionate Release Motion) (12 pages with an 8 page attachment) and my Motion to Reappoint Counsel (6 pages).

I believe these are filed as motions in my criminal case, which means this case needs to be reopened. If I'm wrong and these motions need to be filed as a new action, please be advised I am indigent and cannot pay a filing fee and I will need you to send me the forms to file a Motion In Forma Pauperis to waive the filing fee.

Thank you.

Sincerely

Scott Rendelman

Scott Rendelman