IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-07-0331 |
| SCOTT L. RENDELMAN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

On April 5, 2021, Defendant Scott Rendelman filed a Second Motion to Reconsider this Court's prior denial of his Motion for Reappointment of Counsel for purposes of seeking compassionate release (ECF No. 132). (ECF No. 135.) On April 20, 2021, Attorney Jose Molina filed a Notice of Attorney Appearance in this case. (ECF No. 136.) Because Rendelman has been appointed counsel, his Second Motion to Reconsider (ECF No. 135) is hereby DENIED AS MOOT insofar as it seeks reconsideration of Rendelman's Motion for Reappointment of Counsel (ECF No. 129), and DENIED WITHOUT PREJUDICE to the extent that it seeks reconsideration of Rendelman's earlier Motion for Compassionate Release (ECF No. 128). The Court may reconsider Rendelman's request for compassionate release upon the filing of a proper motion by his counsel. The Court does not permit "hybrid representation;" once represented by counsel, a defendant may not continue to represent himself.

DATED this 21 day of April, 2021.

BY THE COURT:

_James K. Bredar_
James K. Bredar
Chief Judge